Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiffs
Mitsubishi Tanabe Pharma Corp.,
Janssen Pharmaceuticals, Inc.,
Janssen Pharmaceutica NV,
Janssen Research and Development, LLC,
and Cilag GmbH International*

Eric I. Abraham
Hill Wallack LLP
21 Roszel Road
Princeton, NJ 08540
eabraham@hillwallack.com
Phone: (609) 924-0808
Fax: (609) 452-1888

*Attorneys for Defendant
Sandoz Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION, JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV, JANSSEN RESEARCH AND DEVELOPMENT, LLC, and CILAG GMBH INTERNATIONAL,<br><br>                              Plaintiffs,<br>      v.<br>SANDOZ INC., *et al.*,<br><br>                              Defendants. | Civil Action No. 17-5319 (FLW)(DEA)<br>Civil Action No. 17-6375 (FLW)(DEA)<br>Civil Action No. 17-12082 (FLW)(DEA)<br>Civil Action No. 18-6112 (FLW)(DEA)<br>(consolidated)<br><br>(Filed Electronically) |

**STIPULATION AND ORDER DISMISSING DEFENDANT SANDOZ INC.**

This stipulation is made by and between Plaintiffs Mitsubishi Tanabe Pharma Corp. ("MTPC"), Janssen Pharmaceuticals, Inc. ("JPI"), Janssen Pharmaceutica NV ("JNV"), Janssen Research and Development, LLC ("JRD"), and Cilag GmbH International ("Cilag") (collectively, "Plaintiffs") and Defendant Sandoz Inc. ("Sandoz"). Plaintiffs and Sandoz, appearing through counsel, hereby stipulate that:

1

WHEREAS, MTPC represents that it is the owner of United States Patent No. 7,943,788 ("the '788 patent").

WHEREAS, Sandoz has filed Abbreviated New Drug Application ("ANDA") No. 210297 seeking approval to market canagliflozin tablets, 100 mg and 300 mg.

WHEREAS, Sandoz has filed ANDA No. 210481 seeking approval to market canagliflozin and metformin hydrochloride tablets, 50 mg/500 mg, 50 mg/1000 mg, 150 mg/500 mg, and 150 mg/1000 mg.

WHEREAS, on July 20, 2017, Plaintiffs filed Civil Action No. 17-5319 against Sandoz in the United States District Court for the District of New Jersey for patent infringement based on Sandoz's filing of ANDA No. 210297 and ANDA No. 210481.



[REDACTED]

Pursuant to the foregoing and Federal Rule of Civil Procedure 41(a)(2) and (c), the above-captioned action as to Sandoz is hereby dismissed on the following terms, which the Court considers proper:

1. All claims and counterclaims between Plaintiffs and Sandoz in the above-captioned action are dismissed in their entirety without prejudice.

2. Plaintiffs and Sandoz shall bear their own attorneys' fees and costs.

Respectfully submitted,					Dated: January 30, 2020

By: s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiffs
Mitsubishi Tanabe Pharma Corp.,
Janssen Pharmaceuticals, Inc.,
Janssen Pharmaceutica NV,
Janssen Research and Development, LLC,
and Cilag GmbH International*

*Of Counsel:*

Eric W. Dittmann
Joseph M. O'Malley, Jr.
Isaac S. Ashkenazi

By: s/ Eric I. Abraham
Eric I. Abraham
Hill Wallack
21 Roszel Road
Princeton, NJ 08540
eabraham@hillwallack.com
Phone: (609) 924-0808
Fax: (609) 452-1888

*Attorneys for Defendant
Sandoz Inc.*

*Of Counsel:*

Laura A. Lydigsen
Mark H. Remus
Joshua James
BRINKS GILSON & LIONE
455 North Cityfront Plaza Dr., Suite 3600
Chicago, Illinois 60611-5599
llydigsen@brinksgilson.com
mremus@brinksgilson.com

3

Dana R. Weir
Max H. Yusem
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

*Attorneys for Plaintiff*
*Mitsubishi Tanabe Pharma Corp.*

Raymond N. Nimrod
Colleen Tracy James
Catherine T. Mattes
QUINN EMANUEL
URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Attorneys for Plaintiffs*
*Janssen Pharmaceuticals, Inc.,*
*Janssen Pharmaceutica NV,*
*Janssen Research and Development, LLC,*
*and Cilag GmbH International*

jjames@brinksgilson.com
Phone: (312) 321-4200

*Attorneys for Defendant*
*Sandoz Inc.*

SO ORDERED this 10th day of February, 2020.

_____
Hon. Freda L. Wolfson, Chief United States District Judge