

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

*ORDER

April 24, 2020

**VIA ECF**

The Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:  *Mitsubishi Tanabe Pharma Corp., et al. v. Sandoz Inc., et al.*
          Civil Action No. 17-5319 (FLW)(DEA) (consolidated)

Dear Judge Arpert:

    This firm, together with Paul Hastings LLP and Quinn Emanuel Urquhart & Sullivan, LLP, represents plaintiffs Mitsubishi Tanabe Pharma Corporation, Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica NV, Janssen Research and Development, LLC, and Cilag GmbH International (collectively, "Plaintiffs") in the above-captioned consolidated matter. We write to respectfully request on behalf of all parties an extension of the deadline for submission of the parties' trial briefs and proposed findings of fact and conclusions of law.

    In light of Chief Judge Wolfson's adjournment of the May trial in this case (*see* D.I. 152 at 1, n.1), the parties have agreed, subject to the Court's approval, to a two-week extension for submission of trial briefs and proposed findings of fact and conclusions of law, from April 30 to May 14 (D.I. 146). This extension will not affect any other dates in the schedule.

    If the above requests meet with Your Honor's approval, we have included a form of endorsement below. Thank you for Your Honor's kind attention to this matter.

                                                                    Respectfully yours,

                                                                  Charles M. Lizza

cc:    Hon. Freda L. Wolfson, U.S.D.J. (via ECF)
         All counsel of record (via e-mail)

Hon. Douglas E. Arpert, U.S.M.J.
April 24, 2020
Page 2


IT IS SO ORDERED that the parties shall file their trial briefs and proposed findings of fact and conclusions of law on May 14, 2020.


   s/Douglas E. Arpert                    
Hon. Douglas E. Arpert, U.S.M.J.

Dated: April 28, 2020