```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
                 Minutes of Proceeding
```

OFFICE: TRENTON                          Date: September 24, 2020

JUDGE FREDA L. WOLFSON, U.S.C.D.J.       CIVIL: 3:17-5319(FLW)

Court Reporter: CAROL FARRELL

TITLE OF CASE:

Mitsubishi Tanabe Pharma Corp. et al.
vs.
Sandoz Inc. et al.


APPEARANCES:
Eric W. Dittmann, Esq., Charles M. Lizza, Esq. Sarah A. Sullivan, Esq., Isaac S. Ashkenazi, Esq., Dana Weir, Esq., Max H. Yusem, Esq., Ray Nimrod, Esq., Colleen Tracy James, Esq. & Catherine Mattes, Esq. for Plaintiff.
Trevor Welch, Esq., Hershy Stern, Esq., Jay R. Deshmukh, Esq. & Jayita Guhaniyogi, Esq for Defendant.

NATURE OF PROCEEDINGS:

Trial without jury commenced before the HONORABLE FREDA L. WOLFSON, U.S.C.D.J. Trial being held virtually via zoom.

Trevor Welch, Esq. OPENED for Plaintiff
Eric Dittmann, Esq. OPENED for Defendant

THOMAS BANNISTER SWORN for Defendant
Lunch break 12:30 p.m. - 1:00 p.m.
Continued with Thomas Bannister


Order trial adjourned until September 25, 2020 at 9:30 A.M.

TIME COMMENCED: 9:30 A.M.
TIME ADJOURNED: 5:00 P.M.
TOTAL TIME: 7 hours              *s/Jacqueline Merrigan*
                                       Deputy Clerk