```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: TRENTON                              Date: October 1, 2020

JUDGE FREDA L. WOLFSON, U.S.C.D.J.           CIVIL: 3:17-5319(FLW)

Court Reporter: CAROL FARRELL

TITLE OF CASE:

Mitsubishi Tanabe Pharma Corp. et al.
vs.
Sandoz Inc. et al.

APPEARANCES:
Eric W. Dittmann, Esq., Charles M. Lizza, Esq. Sarah A. Sullivan, Esq., Isaac S. Ashkenazi, Esq., Dana Weir, Esq., Max H. Yusem, Esq., Ray Nimrod, Esq., Colleen Tracy James, Esq. & Catherine Mattes, Esq. for Plaintiff.
Trevor Welch, Esq., Hershy Stern, Esq., Jay R. Deshmukh, Esq. & Jayita Guhaniyogi, Esq for Defendant.

NATURE OF PROCEEDINGS:

Trial without jury continued before the HONORABLE FREDA L. WOLFSON, U.S.C.D.J. Trial being held virtually via zoom.

James R. Gavin, III, M.D.           SWORN       for      Plaintiff
Madoku Murakami, Japanese Interpreter    AFFIRMED   for Defendant
Alex Yoshida, Japanese Interpreter       AFFIRMED   for Plaintiff
Dr. Eiji Kawanishi                  AFFIRMED   for      Plaintiff
Break 5:30 p.m. – 6:00 p.m.
Continued with Dr. Eiji Kawanishi


Order trial adjourned until October 2, 2020 at 10:30 A.M.

TIME COMMENCED: 1:00 P.M.
TIME ADJOURNED: 9:15 P.M.
TOTAL TIME: 7 hours 45 minutes        *s/Jacqueline Merrigan*
                                       Deputy Clerk